bursements. Motion for leave to appeal to the Court of Appeals denied. See 101 N. Y. Supp. 900.

NEUWEILER v. CENTRAL BREWING CO. OF NEW YORK. (Supreme Court, Appellate Division, Second Department. April 19, 1907.) Appeal from Trial Term, Kings County. Action by Frederick W. Neuweiler against the Central Brewing Company of New York. From a judgment in favor of plaintiff on a verdict, defendant appeals. Affirmed. William A. Jones, Jr., for appellant. Michael J. Scanlon, for respondent.

GAYNOR, J. While the plaintiff was planing barrel staves on a steam planing machine one of them drew his hand into the planing knives by a sudden jerk. The knives came up through the table. The questions submitted to the jury were whether the knives should have been guarded, except the space necessary for the board to go through, and, if so, whether the plaintiff had assumed the risk caused by the absence of such a guard. There was evidence that the guard was practicable and in use. Section 81 of the labor law (Laws 1897, p. 480, c. 415) requires that certain machinery, including "planers," shall be properly guarded; and section 3, c. 600, p. 1750, of the Laws of 1902 (commonly called the "Employer's Liability Act"), makes the question of the assumption of risk caused by the absence of such guard one of fact. The jury and the learned trial judge seem to have correctly decided the case. The judgment and order should be affirmed, with costs. All concur.

NEWCOMBE et al., Respondents, v. BURBANK et al., Appellants. (Supreme Court, Appellate Division, First Department. March 8, 1907.) Action by David B. Newcombe and others against Caleb A. Burbank, individually, etc., and others. E. D. Hawkins, for appellants. M. J. France, for respondents.

PER CURIAM. Order affirmed, with $10 costs and disbursements. Order filed.

CLARKE, J., dissents.

In re NEW YORK, W. & B. RY. CO. (Supreme Court, Appellate Division, First Department. June Term, 1906.) In the matter of the New York, Westchester & Boston Railway Company. No opinion. Memorandum for counsel.

NICHOLSON v. NEW YORK CITY RY. CO. (two cases). (Supreme Court, Appellate Division, First Department. April 5, 1907.) Action by Theresa Nicholson against the New York City Railway Company. No opinion. Determination and judgment reversed in each case by consent, and new trial ordered; costs to appellant to abide event. Order filed. See 103 N. Y. Supp. 695.

NYE, Appellant, v. MALONE PAPER CO., Respondent. (Supreme Court, Appellate Division, Third Department. March 28, 1907.) Action by Fuller W. Nye against the Malone Paper Company. No opinion. Order affirmed, with $10 costs and disbursements.

OAKES, Respondent, v. RITER, Appellant, et al. (Supreme Court, Appellate Division, First Department. April 19, 1907.) Action by Chandler A. Oakes against Thomas B. Riter, impleaded with others. W. M. Bennett, for appellant. A. I. Sire, for respondent. No opinion. Order affirmed, wiht $10 costs and disbursements. Order filed.

O'BOYLE, Respondent, v. ERIE R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. March 15, 1907.) Action by James J. O'Boyle against the Erie Railroad Company. No opinion. Motion denied, with costs.

O'BRIEN, Respondent, v. ULMER, Appellant. (Supreme Court, Appellate Division, Second Department. March 22, 1907.) Action by John O'Brien against William Ulmer. No opinion. Judgment and order unanimously affirmed, with costs.

ODEBRALSKI, Appellant, v. ODEBRALSKI, Respondent, et al. (Supreme Court, Appellate Division, Fourth Department. March 20, 1907.) Action by John Odebralski against Michael Odebralski, impleaded with others. No opinion. Judgment affirmed, with costs.

OLMS, Appellant, v. BINGHAM et al., Respondents. (Supreme Court, Appellate Division, Second Department. March 1, 1907.) Action by Louis W. Olms against Theodore A. Bingham, individually, etc., and others. No opinion. Motion for reargument denied, without costs, and order modified, by striking out the provision for costs and disbursements. See 101 N. Y. Supp. 1106.

OSBORN v. CARDEZA et al. (Supreme Court, Appellate Division, Second Department. March 8, 1907.) Action by Ellen O. Osborn against Howard J. M. Cardeza and others. No opinion. Order affirmed, with $10 costs and disbursements.

OSTERHOUT, Appellant, v. HODGE, Respondent. (Supreme Court, Appellate Division, Fourth Department. March 22, 1907.) Action by Orlando S. Osterhout against Bridget Hodge. No opinion. Order reversed, with $10 costs and disbursements, and matter remitted to the County Court for determination. Held, that the affidavits of the plaintiff should have been considered by the County Court, together with the other papers.

OUTCAULT, Appellant, v. CUPPLES et al., Respondents. (Supreme Court, Appellate Division, First Department. February 25, 1907.) Action by Richard F. Outcault against Victor W. Cupples and another. L. E. Varney, for appellant. W. A. Megrath, for respondents. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

PASCUAL, Respondent, v. RODRIQUEZ et al., Appellants. (Supreme Court, Appellate Division, Second Department. March 8, 1907.) Action by Benedicto Pascual against Jose